Filing # 43258044 E-Filed 06/27/2016 01:45:40 PM

IN THE CIRCUIT COURT FOR THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

**CASE NO.:**

ERIN BREEN,

    Plaintiff,

v.                                                                **SUMMONS**

JUPITER GOLF CLUB, LLC
D/B/A TRUMP NATIONAL GOLF CLUB JUPITER,

and

JOE DIPASQUANTONIO,

    Defendant.

_____/

DATE: 6-30-16   TIME: 1:30 pm

ERIC DEAL.   S.P.S. #336

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition, in this action on:

    **JUPITER GOLF CLUB, LLC**
    **d/b/a Trump National Golf Club Jupiter**
    **c/o Registered Agent: NRAI SERVICES, INC**
    **1200 South Pine Island Road**
    **Plantation, FL 33324**

on behalf of Defendant, **Jupiter Golf Club, LLC, d/b/a Trump National Golf Club Jupiter.**

Each Defendant is required to serve written defenses to the complaint or petition on:

    CATHLEEN SCOTT, ESQ.
    Plaintiff's attorney, whose address is:
    Scott Wagner & Associates, P.A.
    Jupiter Gardens
    250 South Central Boulevard, Suite 104-A
    Jupiter, Florida 33458
    Tele : (561) 653-0008

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 06/27/2016 01:45:40 PM
**EXHIBIT "B"**

Fax : (561) 653-0020

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against the defendant for the relief demanded in the complaint or petition.

If you choose to file a written response yourself, at the same time you file your written response to the Court located at: **Palm Beach County Courthouse,** Clerk of Courts, 205 N. Dixie Hwy, West Palm Beach, FL 33401, and you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff's Attorney: **Lindsey Wagner, Esq., 250 S. Central Blvd, Ste 104, Jupiter, Florida 33458 (561) 653-0008.**

WITNESS my hand and the Seal of said Court this ____ day of Jun 28 2016, 2016.

SHARON R. BOCK
As Clerk of said Court

BY: *Shannon Fatu*
As Deputy Clerk
**SHANNON FATU**

**EXHIBIT "B"**