IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO. 502016CA007168XXXXMB(AF)

ERIN BREEN,

    Plaintiff,

v.

JUPITER GOLF CLUB, LLC, d/b/a
TRUMP NATIONAL GOLF CLUB JUPITER,
and JOE DiPASQUANTONIO,

    Defendants.
_____/

## DEFENDANT JUPITER GOLF CLUB, LLC'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant JUPITER GOLF CLUB, LLC ("Jupiter Golf Club"), by and through its undersigned counsel, hereby moves for an enlargement of time to respond to the Complaint filed on behalf of Plaintiff ERIN BREEN, and in support states:

1. Jupiter Golf Club's response to the Complaint is due to be served by July 20, 2016.

2. Jupiter Golf Club's undersigned counsel was just recently retained and has not yet had sufficient time to review the Complaint, confer with Jupiter Golf Club and prepare an appropriate response. Accordingly, Jupiter Golf Club respectfully submits that good cause exists for granting an enlargement of time to respond to the Complaint.

EXHIBIT "C"

3. This motion is not filed for purposes of undue delay or any other improper purpose. No prejudice will inure to Plaintiff as a result of the Court granting the enlargement of time requested herein.

WHEREFORE, Defendant JUPITER GOLF CLUB, LLC respectfully requests that this Court enter an order enlarging the time to respond to the Complaint and grant such other and further relief as is just, equitable and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on this __20th__ day of July, 2016, via transmission of a notice of electronic filing generated by the Florida Courts E-Filing Portal to Cathleen Scott, Esq., Scott Wagner & Associates, P.A., 250 S. Central Blvd., Suite 104-A, Jupiter, FL 33458.

SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
Attorneys for Defendant Jupiter Golf Club, LLC
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722

By:   *s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.
Florida Bar No. 0146315
Primary E-Mail: aschotiner@sbwlawfirm.com
Secondary E-Mail: nlewis@sbwlawfirm.com

### EXHIBIT "C"