UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81334-WJZ

ERIN BREEN,

    Plaintiff,

v.

JUPITER GOLF CLUB, LLC d/b/a
TRUMP NATIONAL GOLF CLUB JUPITER,
and JOE DiPASQUANTONIO,

    Defendants.
_____/

**DEFENDANT JUPITER GOLF CLUB, LLC'S CORPORATE**
**DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1**

Defendant JUPITER GOLF CLUB, LLC d/b/a TRUMP NATIONAL GOLF CLUB JUPITER, pursuant to the Court's Order of Instructions [ECF No. 7] and Fed. R. Civ. P. 7.1, hereby states there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its stock which must be disclosed pursuant to Fed. R. Civ. P. 7.1(a).[1]

Dated: September 12, 2016
       Boca Raton, FL

Respectfully submitted,

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.
Florida Bar No. 0146315
E-Mail: aschotiner@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel:  (561) 477-7800
Fax:  (561) 477-7722
Counsel for Defendants

---

[1] Defendant JOE DiPASQUANTONIO is not covered by Fed. R. Civ. P. 7.1 because he is not a nongovernmental corporate party.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Erin Breen v. Jupiter Golf Club, LLC, et al.*
Case No. 9:16-cv-81334-WJZ
United States District Court, Southern District of Florida

| Cathleen Scott, Esq.<br>E-Mail: cscott@scottwagnerlaw.com<br>Scott Wagner & Associates, P.A.<br>250 S. Central Blvd., Suite 104-A<br>Jupiter, FL  33458<br>Tel:  (561) 653-0008<br>Fax:  (561) 653-0020<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:     (561) 477-7800<br>Fax:    (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |
|---|---|