UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81334-WJZ

ERIN BREEN,

    Plaintiff,

v.

JUPITER GOLF CLUB, LLC d/b/a
TRUMP NATIONAL GOLF CLUB JUPITER,
and JOE DiPASQUANTONIO,

    Defendants.
_____/

## JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby jointly move this Court for entry of a stipulated confidentiality and protective order, and say:

1. Due to the confidential and otherwise sensitive nature of certain documents and information the parties anticipate producing during discovery in this action, the parties have stipulated to the terms and conditions of the Stipulated Confidentiality and Protective Order attached hereto.

2. The parties jointly request that the Court enter the Stipulated Confidentiality and Protective Order attached hereto.

WHEREFORE, Plaintiff and Defendants jointly request that the Court enter the Stipulated Confidentiality and Protective Order attached hereto and take such further action as may be just and proper.

Dated: October 25, 2016                                  Respectfully submitted,

<u>s/Allison B. Duffie</u>                               <u>s/ Adam S. Chotiner</u>[1]
Cathleen Scott, Esq.                                     Adam S. Chotiner, Esq.
Florida Bar No. 135331                                   Florida Bar No. 0146315
Allison B. Duffie, Esq.                                  Shapiro, Blasi, Wasserman
Florida Bar No. 649902                                     & Hermann, P.A.
Scott Wagner & Associates, P.A.                          7777 Glades Road, Suite 400
Jupiter Gardens                                          Boca Raton, Florida 33434
250 South Central Boulevard, Suite 104-A                 Telephone (561) 477-7800
Jupiter, Florida 33458                                   Facsimile (561) 477-7722
Telephone (561) 653-0008                                 E-mail: aschotiner@sbwlawfirm.com
Facsimile (561) 653-0020                                 *Counsel for Defendants*
E-mail: CScott@scottwagnerlaw.com
E-mail: ADuffie@scottwagnerlaw.com
*Counsel for Plaintiff*

---

[1] Allison B. Duffie has provided Adam S. Chotiner with express authority to jointly file this motion.

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.


*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.


## SERVICE LIST

*Erin Breen v. Jupiter Golf Club, LLC, et al.*
Case No. 9:16-cv-81334-WJZ
United States District Court, Southern District of Florida

| Cathleen Scott, Esq.<br>E-Mail: cscott@scottwagnerlaw.com<br>Scott Wagner & Associates, P.A.<br>250 S. Central Blvd., Suite 104-A<br>Jupiter, FL  33458<br>Tel: (561) 653-0008<br>Fax: (561) 653-0020<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:    (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |
|---|---|